UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

JUL 2 5 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NUMBER |
| | § |
| MICHAEL YARBROUGH | § C-12- 551 |
| ~~ASHLEY PHILLIPS~~ Ashley Nicole Yarbrough aka Ashley Phillips -per order of BJE on 8/2/12 | § ~~SEALED~~ |
| STEPHEN ATKINSON | § Unsealed 8-2-12 |
| | § —dp |

SEALED INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about January 1, 2011, and up to and including the date of this indictment, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

MICHAEL YARBROUGH,
Ashley Nicole Yarbrough aka ASHLEY PHILLIPS, -per order of BJE on 8/2/12
and STEPHEN ATKINSON,

not being licensed dealers and manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, each aiding, abetting, and assisting one another, did willfully engage in the business of dealing in and manufacturing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

COUNT TWO

On or about February 14, 2011, in the Corpus Christi Division of the Southern District of

1

Texas and elsewhere within the jurisdiction of the Court, the defendant,

MICHAEL YARBROUGH,

did knowingly aid, abet, and assist the making of false statements or representations to a licensed firearms dealer, to wit: Jesse's Gun Shop, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to the information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the licensed firearms dealers, in that the defendant did aid, abet and assist in the execution of a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473, Firearms Transactions Records, in which M.F. answered that he was the true purchaser of the firearms, whereas in truth and in fact, M.F. was not the true purchaser of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A), 924(a)(1)(D), and 2.

## COUNT THREE

Between on or about January 1, 2011, and up to and including the date of this indictment, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MICHAEL YARBROUGH,

did knowingly ship, transport, and receive firearms or ammunition in interstate or foreign commerce, while having knowledge or reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed.

In violation of Title 18, United States Code, Section 924(b).

## COUNT FOUR.

On or about August 15, 2011, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, the defendant,

MICHAEL YARBROUGH,

did knowingly and willfully make a false, fictitious, and fraudulent material statement or representation to the Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Brian Garner, in Corpus Christi, Texas, while being interviewed by Special Agent Garner regarding an investigation the Bureau of Alcohol, Tobacco, Firearms, and Explosives was conducting regarding a business located at a residence in Corpus Christi, Texas, to wit: that he did not sell completed firearms when, in fact, defendant knew that he did sell completed firearms.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FIVE

On or about August 15, 2011, in a matter withing the jurisdiction of the Executive Branch of the Government of the United States, the defendant,
```
                Ashley Nicole Yarbrough aka
     ASHLEY PHILLIPS, -per order of BJE on 8/2/12
```
did knowingly and willfully make a false, fictitious, and fraudulent material statement or representation to the Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Steven Waters, in Corpus Christi, Texas, while being interviewed by Special Agent Waters regarding an investigation the Bureau of Alcohol, Tobacco, Firearms, and Explosives was conducting regarding a business located at a residence in Corpus Christi, Texas, to wit: that she and Michael Yarbrough did not sell completed firearms when, in fact, defendant knew that she and Michael Yarbrough did sell completed firearms.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT SIX

On or about August 29, 2011, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, the defendant,

MICHAEL YARBROUGH,

did knowingly and willfully make a false, fictitious, and fraudulent material statement or representation to the Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Brian Garner, in Corpus Christi, Texas, while being interviewed by Special Agent Garner regarding an investigation that the Bureau of Alcohol, Tobacco, Firearms, and Explosives was conducting regarding a Maverick, Model 88, 12 gauge shotgun purchased by defendant in Corpus Christi, Texas, to wit: that he had not transferred ownership of the Maverick, Model 88, 12 gauge shotgun to E.P., a prohibited person, when in fact, defendant knew that he had transferred ownership of the Maverick, Model 88, 12 gauge shotgun to E.P., a prohibited person.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT SEVEN

Between on or about the January 1, 2011, and up to and including the date of this indictment, in the Corpus Christi Division of the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

MICHAEL YARBROUGH,

did willfully assemble using more than ten (10) imported parts for a semiautomatic rifle or any shotgun which is identical to any rifle or shotgun prohibited from importaton under title 18, United States Code, Section 925(d)(3) as not being particularly suitable for or readily adaptable to sporting purposes.

In violation of Title 18, United States Code, Section 922(r), and Title 27, Code of Federal Regulation, Section 478.39.

## NOTICE OF FORFEITURE

A.	Under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the United States of America gives defendants,

MICHAEL YARBROUGH,
Ashley Nicole Yarbrough aka ASHLEY PHILLIPS, -per order of BJE on 8/2/12
and STEPHEN ATKINSON,

notice that any firearm and ammunition involved in or used in any violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2, as charged in Count One, shall be subject to forfeiture, including, but not limited to, the firearms and ammunition listed on the attached and incorporated Exhibit 1.

B.	Under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the United States of America gives defendant MICHAEL YARBROUGH notice that any firearm and ammunition involved in or used in any violation of:

 a.	Title 18, United States Code, Section 371, 922(a)(6), and 924(a)(2), as charged in Count Two,

 b.	Title 18, United States Code, Section 924(b), as charged in Count Three, or

 c.	Title 18, United States Code, Section 922(r) and Title 27, Code of Federal Regulation, Section 478.39, as charged in Count Seven shall be subject to forfeiture, including, but not limited to, the firearms and ammunition listed on the attached and incorporated Exhibit 1.

Substitute Assets

C.	In the event that the property subject to forfeiture as a result of any act or omission of a defendant:

a. cannot be located upon exercise of due diligence;

b. has been placed beyond the jurisdiction of the Court;

c. has been transferred or sold to, or deposited with a third party;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

                                      A TRUE BILL:
                                      ORIGINAL SIGNATURE ON FILE
                                      FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
JULIE K. HAMPTON
Assistant United States Attorney

# Exhibit 1

Asset List for Claim Acknowledgment Letter                                                    November 4, 2011 (10:48am)

Agency Case: 782020-11-0107  Michael Yarbrough                                                Seizure No: 01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | VIN/SERIAL NO |
|---|---|---|---|
| 11-ATF-025610 | Romarm/Cugir Mini Draco Pistol CAL:762 SN:PD-0858-2011 RO | $400.00 | PD-0858-2011 RO |
| 11-ATF-025613 | 86 Rounds Assorted Ammunition CAL:762 | $8.60 | ** |
| 11-ATF-025616 | KBI Inc. CDD-15 Rifle CAL:556 SN:CDD07078 | $600.00 | CDD07078 |
| 11-ATF-025617 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $800.00 | None |
| 11-ATF-025619 | Ruger Range Rifle Rifle CAL:223 SN:195-01722 | $300.00 | 195-01722 |
| 11-ATF-025622 | Century Arms International Tantal Sporter Rifle CAL:545 SN:TT | $800.00 | TTL03976 |
| 11-ATF-025624 | Heckler And Koch HK45 Pistol CAL:45 SN:HKU006269 | $600.00 | HKU006269 |
| 11-ATF-025626 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $800.00 | None |
| 11-ATF-025627 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $800.00 | None |
| 11-ATF-025628 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $800.00 | None |
| 11-ATF-025629 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $800.00 | None |
| 11-ATF-025631 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $800.00 | None |
| 11-ATF-025632 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025634 | Heckler and Koch USP Pistol CAL:45 SN:25082918 | $400.00 | 25082918 |
| 11-ATF-025635 | Steyr M40 A1 Pistol CAL:40 SN:049723 | $375.00 | 049723 |
| 11-ATF-025636 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025638 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025639 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025642 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025643 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025644 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025646 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025647 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025649 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025650 | Mavericks Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV37918N | $150.00 | MV37918N |
| 11-ATF-025652 | Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle | $600.00 | 38203177 |
| 11-ATF-025654 | Spike's Tactical LLC ST15 Rifle CAL:223 SN:RM25162 | $1000.00 | RM25162 |
| 11-ATF-025655 | Steyr M40 A1 Pistol CAL:40 SN:049771 | $400.00 | 049771 |
| 11-ATF-025657 | Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol CAL:45 SN:R | $700.00 | RIA1079924 |
| 11-ATF-025685 | Glock Inc. 17 Pistol CAL:9 SN:PHP952 | $500.00 | PHP952 |
| 11-ATF-025687 | Ruger Security Six Revolver CAL:357 SN:15089583 | $300.00 | 15089583 |
| 11-ATF-025688 | Bersa Thunder 380 Pistol CAL:380 SN:768864 | $250.00 | 768864 |
| 11-ATF-025690 | Unknown Manufacturer AK, Type Rifle CAL:7.62 SN:None | $750.00 | None |
| 11-ATF-025693 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025695 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $7.50 | None |
| 11-ATF-025697 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025699 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025701 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025702 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025703 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025705 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $750.00 | None |
| 11-ATF-025706 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025708 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025709 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025711 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025712 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025714 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025715 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025717 | 99 Rounds Assorted Ammunition CAL:762 | $9.90 | ** |
| 11-ATF-025721 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025723 | Unknown Manufacturer AK, Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025753 | 124 Rounds Assorted Ammunition CAL:762 | $12.40 | |
| 11-ATF-025756 | Walther P22 Pistol CAL:22 SN:L284694 | $200.00 | L284694 |
| 11-ATF-025757 | 3 Rounds Assorted Ammunition CAL:223 | $0.30 | ** |
| 11-ATF-025758 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025759 | 125 Rounds Assorted Ammunition CAL:762 | $12.50 | ** |
| 11-ATF-025762 | Unknown Manufacturer AK Type Rifle CAL:762 SN:1981KM03382 | $400.00 | 1981KM03382 |
| 11-ATF-025766 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025769 | Unknown Manufacturer AK Type Rifle CAL:762 SN:None | $400.00 | None |
| 11-ATF-025771 | Unknown Manufacturer ** Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025777 | Unknown Manufacturer Unknown Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025781 | Unknown Manufacturer Unknown Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025791 | Unknown Manufacturer Unknown Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025802 | Unknown Manufacturer Unknown Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025806 | Unknown Manufacturer Unknown Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025810 | Unknown Manufacturer Unknown Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025819 | Unknown Manufacturer Unknown Receiver/Frame CAL:762 SN:None | $400.00 | None |
| 11-ATF-025820 | 356 Rounds Assorted Ammunition CAL:** | $35.60 | ** |
| 11-ATF-025823 | 1808 Rounds Assorted Ammunition CAL:** | $180.80 | ** |
| 11-ATF-025824 | 248 Rounds Assorted Ammunition CAL:762 | $24.80 | ** |
| 11-ATF-025829 | 30 Rounds Assorted Ammunition CAL:762 | $3.00 | ** |
| 11-ATF-025831 | 12 Rounds CCI Ammunition CAL:45 | $1.20 | ** |
| 11-ATF-025833 | 11 Rounds Speer Ammunition CAL:45 | $1.10 | ** |
| 11-ATF-025835 | 7 Rounds Assorted Ammunition CAL:50 | $0.70 | ** |
| 11-ATF-025837 | 12 Rounds Assorted Ammunition CAL:40 | $1.20 | ** |
| 11-ATF-025840 | 15 Rounds Hornaday Ammunition CAL:9 | $1.50 | ** |

**Exhibit 1**

```
11-ATF-025842  9 Rounds CBC - Brazilian Cartridge Company Ammunition CAL:380    $0.70 **
11-ATF-025843 18 Rounds Federal Ammunition CAL:9                                $1.80 **
11-ATF-025844 22 Rounds Winchester-Western Ammunition CAL:22                    $2.20 **
11-ATF-025846 10 Rounds Winchester-Western Ammunition CAL:22                    $1.00 **
11-ATF-025849 16 Rounds Remington Ammunition CAL:9                              $1.60 **
11-ATF-025850 12 Rounds Federal Ammunition CAL:40                               $1.20 **
11-ATF-025852 12 Rounds PPU Ammunition CAL:380                                  $1.20 **
11-ATF-025853  8 Rounds Hornaday Ammunition CAL:45                              $0.80 **
11-ATF-025854  4 Rounds Unknown Ammunition CAL:762                              $0.40 **
11-ATF-025855 30 Rounds Unknown Ammunition CAL:223                              $3.00 **
11-ATF-025863 Taurus PT92AF Pistol CAL:9 SN:TZF48823                          $350.00 TZF48823
11-ATF-025864 Unknown Manufacturer AK Type Rifle CAL:762 SN:None              $750.00 None
11-ATF-025866 57 Rounds Assorted Ammunition CAL:762                             $5.70 **
11-ATF-025868 Bersa Thunder 9 Pistol CAL:9 SN:B68203                          $400.00 B68203
11-ATF-025870 Unknown Manufacturer AK Type Rifle CAL:762 SN:None              $800.00 None
11-ATF-025874 Ruger Single Six Revolver CAL:22 SN:6633569                     $300.00 6633569
11-ATF-025875 Unknown Manufacturer AK Type Rifle CAL:762 SN:None              $800.00 None
11-ATF-025879 Unknown Manufacturer AK Type Rifle CAL:762 SN:None              $800.00 None
11-ATF-025881 Unknown Manufacturer AK Type Rifle CAL:762 SN:None              $800.00 None
11-ATF-025882 Unknown Manufacturer AK Type Rifle CAL:762 SN:None              $800.00 None
11-ATF-025883 Unknown Manufacturer AK Type Rifle CAL:762 SN:None              $800.00 None
11-ATF-025886 Ruger LCP Pistol CAL:380 SN:37021287                            $200.00 37021287
11-ATF-025887 Ruger 10/22 Rifle CAL:22 SN:11924532                            $250.00 11924532
```

**Exhibit 1**